|     |                                                                 | O |
| --- | --------------------------------------------------------------- | --- |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| HARES AHMADZAI, | ) No. 2:19-cv-01718-CAS (JDE) |
| --- | --- |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ALEX VILLANUEVA, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Order to Show Cause (Dkt. 3, "OSC"), Petitioner's Response to the OSC (Dkt. 5), the Report and Recommendation of the United States Magistrate Judge (Dkt. 8, "R&R"), and the Objection to the R&R filed by Petitioner (Dkt. 13).

In his Objections, Petitioner contends, among other things, that he exhausted all state remedies, citing to a Petition for Review submitted to the California Supreme Court. However, the California Supreme Court's response, which is attached to Petitioner's Objections, reflects that the state supreme court returned this petition for review on April 23, 2019 as unfiled because it

was untimely and the state supreme court "lost jurisdiction to act on any petition for review after February 21, 2019." Dkt. 13-1 at 16 (CM/ECF pagination). The California Supreme Court's online docket confirms Petitioner has not filed any pleadings in that court since 2011. See Appellate Courts Case Information at https://appellatecases.courtinfo.ca.gov. Exhaustion requires that the petitioner's claims be fairly presented to the state courts and be disposed of on the merits by the highest court of the state. James v. Borg, 24 F.3d 20, 24 (9th Cir. 1994); Carothers v. Rhay, 594 F.2d 225, 228 (9th Cir. 1979). Because the California Supreme Court did not consider the Petition for Review on the merits and instead, returned it as unfiled, Petitioner has not exhausted his state remedies. Further, as noted in the R&R, failure to exhaust was one of, but not the only, reason why the case did not fall into the "special circumstances" exception to Younger abstention under Braden v. 30th Judicial Circuit Court of Ky., 410 U.S. 484, 488-93 (1973). See R&R at 5-6.

Having engaged in a de novo review of all of the portions of the R&R to which objections have been made, the Court concurs with and accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Petitioner's request for discovery is denied; and
2. Judgment shall be entered dismissing this action without prejudice.

Dated: June 4, 2019

_____
CHRISTINA A. SNYDER
United States District Judge