JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| HARES AHMADZAI, | ) | No. 2:19-cv-01718-CAS (JDE) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| ALEX VILLANUEVA, | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that that the Petition is dismissed without prejudice.

Dated: June 4, 2019

_____
CHRISTINA A. SNYDER
United States District Judge